IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN WING-GEBERTH | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-4715 |
| PETSMART, INC. | : | |

## **ORDER**

AND NOW, this 27th day of September, 2016, having held a bench trial in this action on July 26-27, 2016, and for the reasons set forth in the accompanying Memorandum dated September 27, 2016, it is hereby **ORDERED** that judgment on the complaint is entered in favor of Defendant PetSmart, Inc., and against Plaintiff Susan Wing-Geberth.

          S/M. FAITH ANGELL_____
          M. FAITH ANGELL
          UNITED STATES MAGISTRATE JUDGE

By Email:
Todd M. Sailer, Esq.  tsailer@begleycarlin.com
John M. Wutz, Esq.  jwutz@chartwelllaw.com